**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| ESTATE OF MARY L. MILES, BY AND THROUGH ITS SPECIAL ADMINISTRATORS (ROBERT E. MILES AND HOWARD M. MILES),<br><br>Plaintiff,<br><br>vs.<br><br>ESTATE OF HELEN S. MCBAIN, CAROL MERGEN, ALEXANDRA MERGEN, ANDREW MERGEN, RBC DAIN RAUSCHER INC., AND DOES 1-4 INCLUSIVE,<br><br>Defendants. | Case No. 2:08-cv-00740<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS** |

Plaintiff, the Estate of Mary L. Miles, by and through its Special Administrators ("Plaintiff"), and defendants RBC Dain Rauscher, Inc., n/k/a RBC Capital Markets Corporation ("Dain Rauscher"); and the Estate of Helen S. McBain, Carol Mergen, Alexandra Mergen, and Andrew Mergen (collectively, "McBain") stipulate and agree as follows:

1. Plaintiff filed its complaint captioned above (the "2008 Complaint") on June 9, 2008.

*Page 1*

2. In October 2008, the Plaintiff and Dain Rauscher and McBain agreed to extend the time, through and including December 19, 2008, for Dain Rauscher and McBain to plead in response to the 2008 Complaint. The order granting this stipulation was entered by the Court.

3. In December 2008, the Plaintiff and Dain Rauscher and McBain agreed to extend the time, through and including February 2, 2009, for Dain Rauscher and McBain to plead in response to the 2008 Complaint. The order granting this stipulation was entered by the Court.

4. These stipulations were entered into because another pending case before the United States District Court for the District of Nevada in the matter styled, "Estate of Mary L. Miles, by and through its Special Administrators (Robert E. Miles and Howard M. Miles), Plaintiff, v. Estate of Helen S. McBain, Carol Mergen, Alexandra Mergen, Andrew Mergen, RBC Dain Rauscher Inc., and Does 1 – 4 inclusive, Defendants," Case No. 2:06-cv-00593-KJD-GWF (the "2006 Case"), was pending and had the potential to moot this action.

5. On January 16, 2009, the Court in the 2006 Case entered an order effectively terminating the 2006 Case.

6. Thereafter, the Plaintiff and Dain Rauscher and McBain agreed to extend the time, through and including February 17, 2009, for Dain Rauscher and McBain to plead in response to the 2008 Complaint. The order granting this stipulation was entered by the Court.

7. Dain Rauscher and McBain both filed Motions to Dismiss on February 17, 2009.

8. Plaintiff requests an additional two weeks in which to prepare its responses to these Motions to Dismiss.

9. Dain Rauscher and McBain hereby agree to extend the time, through and including March 23, 2009, for Plaintiff to respond to the Motions to Dismiss.

10. This is the parties' first proposed stipulation and order with respect to the deadline by which Plaintiff is to respond to the Motions to Dismiss. It is not submitted for the purpose of delay.

| FABIAN & CLENDENIN, P.C. | LEWIS AND ROCA LLP |
|---|---|
| By: */s/ Kevin N. Anderson*<br>   KEVIN N. ANDERSON<br>   Nevada Bar No. 4512<br>   601 South Tenth Street #102<br>   Las Vegas, Nevada 89101<br>   Attorney for Plaintiffs<br>Dated: March 4, 2009 | By: */s/ Von S. Heinz*<br>   VON S. HEINZ<br>   Nevada Bar No. 859<br>   Suite 600<br>   3993 Howard Hughes Parkway<br>   Las Vegas, Nevada 89169<br>   Attorneys for Defendant<br>   RBC DAIN RAUSCHER INC.<br>Dated: March 4, 2009 |

SOLOMON DWIGGINS & FREER

By: */s/ Jeffrey P. Luszeck*
   MARK A. SOLOMON
   Nevada Bar No. 0408
   DANA A. DWIGGINS
   Nevada Bar No. 7049
   JEFFREY P. LUSZECK
   Nevada Bar No. 9619
   Suite 240
   7881 W. Charleston Blvd.
   Las Vegas, Nevada 89117
   Attorneys for Defendants
   Helen Carol Mergen,
   Individually, and as Trustee
   Of the Helen S. McBain 2000
   Living Trust, Alexandra
   Mergen and Andrew Mergen
Dated: March 4, 2009

IT IS SO ORDERED:

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE
DATED: March 5, 2009