1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT E. MILES AND MAURICE HOWARD MILES, CO-SPECIAL ADMINISTRATORS OF THE ESTATE OF MARY L. MILES, DECEASED, | ) Case No.: 2:08-cv-00740 <br> ) <br> ) <br> ) |
| Plaintiffs, | ) <br> ) |
| vs. | ) <br> ) |
| HELEN CAROL MERGEN, TRUSTEE OF THE HELEN S. MCBAIN 2000 LIVING TRUST DATED SEPTEMBER 7, 2000; HELEN CAROL MERGEN, INDIVIDUALLY, AND ANDREW MERGEN, INDIVIDUALLY, AND ALEXANDRA MERGEN, INDIVIDUALLY; RBC DAIN RAUSCHER INC., A MINNESOTA CORPORATION; AND DOES I THROUGH X AND ROE CORPORATIONS I THROUGH X INCLUSIVE, | ) **STIPULATION AND ORDER FOR** <br> ) **EXTENSION OF TIME FOR** <br> ) **DEFENDANTS TO RESPOND TO** <br> ) **PLAINTIFFS' MEMORANDUM IN** <br> ) **OPPOSITION TO DEFENDANTS'** <br> ) **MOTIONS TO DISMISS** <br> ) (First Request) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| Defendants. | ) <br> ) <br> ) |

WHEREAS, on or about June 9, 2008, Plaintiffs filed a Complaint in the United States

1

Court, District of Nevada, Case No.: 2:08-cv-00740, alleging certain claims against Helen Carol Mergen, individually and as Trustee of the Helen S. McBain 2000 Living Trust dated September 7, 2000, Andrew Mergen and Alexandra Mergen ("McBain") and RBC Dain Rauscher, Inc., n/k/a RBC Capital Markets Corporation ("Dain Rauscher").

WHEREAS, Dain Rauscher and McBain both filed Motions to Dismiss on February 17, 2009.

WHEREAS, Dain Rauscher and McBain agreed to extend the time, up to and including March 23, 2009, for Plaintiffs to respond to the Motions to Dismiss.

WHEREAS, counsel for Plaintiffs hereby agree to extend the time, up to and including, Tuesday, April 14, 2008, for McBain to respond to Plaintiffs' Memorandum in Opposition to Defendants Helen Carol Mergen, Individually and as Trustee of the Helen S. McBain 2000 Living Trust, Alexandra Mergen and Andrew Mergen's Motion to Dismiss.

WHEREAS, counsel for Plaintiffs hereby agree to extend the time, up to and including, Tuesday, April 14, 2008, for Dain Rauscher to respond to Plaintiffs' Memorandum in Opposition to Defendant RBC Dain Rauscher, Inc.'s Motion to Dismiss.

This is the parties' first proposed stipulation and order with respect to the deadline by which Defendants are to respond to Plaintiffs' Memorandum in Opposition to the Motions to

/ / / /
/ / / /
/ / / /
/ / / /
/ / / /
/ / / /
/ / / /
/ / / /
/ / / /
/ / / /

1    Dismiss.  This stipulation is made in good faith and is not submitted for the purpose of delay.

2    DATED this 2nd day of April, 2009          DATED this 2nd day of April, 2009

3    SOLOMON DWIGGINS & FREER, LTD.          FABIAN & CLENDENIN, P.C.

4

5    By: /s/ Jeffrey P. Luszeck, Esq.                By: /s/ Kevin N. Anderson, Esq.
         Mark A.  Solomon, Esq.
6        Nevada State Bar # 000418                   Kevin N. Anderson, Esq.
         Dana A. Dwiggins, Esq.                      Nevada State Bar # 004512
7        Nevada State Bar # 007049                   601 South Tenth Street #102
         Jeffrey P. Luszeck, Esq.                    Las Vegas, Nevada 89101
8    Nevada State Bar # 009619
         Cheyenne West Professional Centre       Attorney for Plaintiffs
9        9060 West Cheyenne Avenue
         Las Vegas, Nevada 89129

10   Attorneys for Helen Carol Mergen, individually
11   and as Trustee of the Helen S. McBain 2000
     Living Trust, Alexandra Mergen and Andrew
12   Mergen

13   DATED this 2nd day of April, 2009

14   LEWIS & ROCA, LLP

15

16   By: /s/ Emily G. Clark, Esq.
         Von S. Heinz, Esq.
17       Nevada State Bar # 000859
         Emily G. Clark, Esq.
18       Nevada State Bar # 010547
         3993 Howard Hughes Parkway # 600
19       Las Vegas, Nevada 89169

20   Attorneys for Defendant RBC Dain
     Rauscher, Inc.

21

22                                  IT IS SO ORDERED:

23

24

25

26                                  _____
     LARRY R. HICKS
27   UNITED STATES DISTRICT JUDGE

28   DATED:  April 6, 2009

                                       3