# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ESTATE OF MARY L. MILES, BY AND THROUGH ITS SPECIAL ADMINISTRATORS (ROBERT E. MILES AND HOWARD M. MILES),<br><br>    Plaintiff,<br><br>vs.<br><br>ESTATE OF HELEN S. MCBAIN, CAROL MERGEN, ALEXANDRA MERGEN, ANDREW MERGEN, RBC DAIN RAUSCHER INC., AND DOES 1-4 INCLUSIVE,<br><br>    Defendants. | Case No. 2:08-cv-00740-LRH-PAL<br><br>**STIPULATION AND ORDER TO PERMIT DEFENDANTS TO FILE A BRIEF IN RESPONSE TO PLAINTIFF'S REPLY TO DEFENDANT RBC DAIN RAUSCHER INC.'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |

    Plaintiff, the Estate of Mary L. Miles, by and through its Special Administrators ("Plaintiff"), and defendants RBC Dain Rauscher, Inc., n/k/a RBC Capital Markets Corporation ("Dain Rauscher"); and the Estate of Helen S. McBain, Carol Mergen, Alexandra Mergen, and Andrew Mergen (collectively, "McBain") stipulate and agree as follows:

    1.    Plaintiff filed its complaint captioned above (the "2008 Complaint") on June 9, 2008.

    2.    On February 16, 2009, Dain Rauscher filed a Motion to Dismiss (Document 37).

    3.    On March 23, 2009, Plaintiff filed its Memorandum in Opposition to Dain

*Page 1*

Rauscher's Motion to Dismiss, and, in the Alternative, in Support of Plaintiff's Motion to Amend (Document 48).

    4.    On April 14, 2009, Dain Rauscher filed its Reply in Support of Its Motion to Dismiss Plaintiff's Complaint (Document 53).

    5.    On April 27, 2009, Plaintiff filed its Reply to RBC Dain Rauscher's Reply in Support of Its Motion to Dismiss Plaintiff's Complaint (Document 55).  Plaintiff attached to this document a proposed amended complaint, titled "Amended Complaint."

    6.    Rather than contest the procedural correctness of the Plaintiff's April 27, 2009, Reply (Document 55), Plaintiff, Dain Rauscher and McBain stipulate and agree as follows:

    a.    Dain Rauscher and McBain Trust have through and including Tuesday, May 26, 2009 to file their responses to the Miles Estate's Reply to Defendant RBC Dain Rauscher's Reply in Support of Its Motion to Dismiss Plaintiff's Complaint (Document 55).

    b.    Upon the filing of the responses from Dain Rauscher and McBain, briefing shall be complete.  The Motions to Dismiss of Dain Rauscher and McBain and the Motion for Leave to Amend shall thereafter be complete for submission for the Court's rulings.

7. This stipulation is made in good faith and is not submitted for the purpose of delay.

| | |
|---|---|
| FABIAN & CLENDENIN, P.C. | LEWIS AND ROCA LLP |
| By: */s/ Kevin N. Anderson* <br> KEVIN N. ANDERSON <br> Nevada Bar No. 4512 <br> 601 South Tenth Street #102 <br> Las Vegas, Nevada 89101 <br> Attorney for Plaintiff <br> Dated: May 6, 2009 | By: */s/ Von S. Heinz* <br> VON S. HEINZ <br> Nevada Bar No. 859 <br> Suite 600 <br> 3993 Howard Hughes Parkway <br> Las Vegas, Nevada 89169 <br> Attorneys for Defendant <br> RBC DAIN RAUSCHER INC. <br> Dated: May 6, 2009 |

SOLOMON DWIGGINS & FREER

By: */s/ Jeffrey P. Luszeck*
  MARK A. SOLOMON
  Nevada Bar No. 0408
  DANA A. DWIGGINS
  Nevada Bar No. 7049
  JEFFREY P. LUSZECK
  Nevada Bar No. 9619
  Suite 240
  7881 W. Charleston Blvd.
  Las Vegas, Nevada 89117
  Attorneys for Defendants
  Helen Carol Mergen,
  Individually, and as Trustee
  Of the Helen S. McBain 2000
  Living Trust, Alexandra
  Mergen and Andrew Mergen
Dated: May 6, 2009

IT IS SO ORDERED this 8th day of May, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE