UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

ESTATE OF MARY L. MILES, BY AND
THROUGH CO-SPECIAL
ADMINISTRATORS ROBERT E. MILES
AND MAURICE HOWARD MILES

   Plaintiffs,

v.

ESTATE OF HELEN S. MCBAIN, et al.,

   Defendants.

2:08-cv-00740-LRH-PAL

ORDER

Presently before the court is plaintiffs Robert E. Miles' and Maurice Howard Miles', co-special administrators of the Estate of Mary L. Miles ("Miles Estate"), motion for oral argument and hearing on defendants' motions to dismiss (Doc. ##37, 40) and plaintiffs' motion to amend (Doc. #48). Doc. #59.

Pursuant to LR 78-2 any and all motions may be considered, in the court's discretion, with or without a hearing. The court finds that the matters before the court are sufficiently complicated and procedurally significant to warrant a hearing. Good cause being shown,

IT IS THEREFORE ORDERED that plaintiffs' motion for oral argument and hearing (Doc. #59) is GRANTED.

IT IS FURTHER ORDERED that a hearing on defendants' motions to dismiss (Doc. ##37, 40) and plaintiffs' motion to amend (Doc. #48) will be held on Wednesday, September 16, 2009, at

1:30 p.m. in a courtroom to be determined, in the unofficial southern district of the District of Nevada, located at the Lloyd D. George U.S. Courthouse, 333 Las Vegas Blvd. South, Las Vegas, Nevada.

IT IS SO ORDERED.

DATED this 9th day of September, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2